**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| DAVID VIEIRA,<br><br>Petitioner,<br><br>v.<br><br>FRED BOWERS,<br><br>Respondent. | ) | Civil Action No. 26-CV-10922-AK |

**MEMORANDUM AND ORDER ON WRIT OF HABEAS CORPUS**

**KELLEY, D.J.**

On September 14, 2026, David Vieira ("Vieira" or "Petitioner"), an inmate in custody at FMC Devens, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking credits for his sentence under the First Step Act. [Dkt. 1]. Vieira has not submitted a filing fee or moved for leave to proceed *in forma pauperis*.

A party filing a habeas action in this Court must either (1) pay the $5.00 filing fee for habeas corpus actions; or (2) seek leave to proceed without prepayment of the filing fee. See 28 U.S.C. § 1914(a) (fees); 28 U.S.C. § 1915 (proceedings *in forma pauperis*). The motion for leave to proceed without prepayment of the filing fee must be accompanied by "a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Rule 3(a)(2) of the Rules Governing Section 2254 Cases.[1]

[1] The rules governing petitions brought pursuant to 28 U.S.C. § 2254 cases may be applied at the discretion of the district court to other habeas petitions. See Rule 1(b) of the Rules Governing Section 2254 Cases.

Because Vieira has not submitted a filing fee or moved for leave to proceed i*n forma pauperis*, he shall be granted additional time to do so. Based on the foregoing, this Court hereby orders as follows:

1. Within 21 days of this Order, Vieira shall either (1) pay the $5.00 filing fee; or (2) file a motion to proceed *in forma pauperis*, that is, file an application to proceed in district court without prepaying fees or costs accompanied by a certified prison account statement. The Clerk shall provide Vieira with an Application to Proceed in District Court Without Prepaying Fees or Costs. Failure of Vieira to comply with this directive may result in dismissal of this action.

2. The Clerk of this Court shall serve a copy of the Petition on the Respondent and the United States Attorney for the District of Massachusetts.

3. The Respondent shall file an answer or other responsive pleading within 7 days of either (1) the Petitioner's payment of the $5 filing fee; or (2) this Court's granting of a motion to proceed *in forma pauperis*.

**SO ORDERED.**

Dated: September 16, 2026

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge